HEIDI URNESS – (Washington Bar No. 53165)
heidiurnesslaw@gmail.com
HEIDI URNESS LAW, PLLC
725 E. Denny
Seattle, WA 98122
Telephone: (415) 238-4161

RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@wghlawyers.com
PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for Plaintiff, Steven Bagot

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:19-bk-12480-TA |
| GUY S. GRIFFITHE | Adversary Proc. No. 8:19-ap-01201-TA |
| Debtor. | Chapter 7 Proceeding |
| STEVEN BAGOT, | **NOTICE OF CONTINUED STATUS CONFERENCE** |
| Plaintiff, | **DATE:** January 16, 2020 |
| v. | **TIME:** 10:00 a.m. |
| GUYS S. GRIFFITHE, | **PLACE:** 411 West Fourth Street |
| Defendant. | Courtroom 5B |
| | Santa Ana, CA 92701 |

**TO THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to the courts December 19, 2019 tentative, the status conference is continued so as to coincide with the Motion to Dismiss. The status hearing will be held on January 16, 2020 at 10:00 a.m. located at the United States Bankruptcy Court, Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Courtroom 5B, Santa Ana, CA 92701.

DATED: December 27, 2019                    **WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ Richard H Golubow*
Richard H. Golubow
Peter W. Lianides
Counsel for Plaintiff Steven Bagot

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 27, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 27, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> United States Bankruptcy Court
> Central District of California
> Ronald Reagan Federal Building and Courthouse
> Hon. Theodore C. Albert
> 411 West Fourth Street, Suite 5085 / Courtroom 5B
> Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 27, 2019.** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Heidi Urness - heidiurnesslaw@gmail.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 27, 2019 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |