Jamie E. Wrage, Bar #188982
Summer M. DeVore, Bar #323656
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA    92501-3641
Telephone:  (951) 783-9470
Facsimile:   (951) 783-9475


Attorneys for Plaintiffs,
Rebecca Joan Joseph, Jonathan Joseph,
Steven Kramer, and Jason Joseph

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Guy S. Griffithe<br><br>Debtor.<br><br>———————————————<br>REBECCA JOAN JOSEPH, JONATHAN JOSEPH, STEVEN KRAMER, AND JASON JOSEPH<br><br>Plaintiffs,<br><br>v.<br><br>GUY S. GRIFFITHE<br><br>Defendant. | BK Case No.: 8:19-bk-12480-TA<br><br>Chapter 7<br><br>Adv. No.: 8:19-ap-01195-TA<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE RE: COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT [11 U.S.C. Section 523(a)(2)(A) and (a)(4)]**<br><br><u>Status Conference Date:</u><br>Date:    December 12, 2019<br>Time:    10:00 a.m.<br><br><u>New Status Conference Date:</u><br>Date:    January 16, 2020<br>Time:    10:00 a.m.<br>Place:   411 West Fourth Street<br>            Santa Ana, California 92701<br>            Courtroom 5B |

///

///

///

///

///

///

---

1

NOTICE OF CONTINUANCE OF STATUS CONFERENCE RE: COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT [11 U.S.C. Section 523(a)(2)(A) and (a)(4)]

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE. 700
RIVERSIDE, CA 92501
951-783-9470

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Honorable Theodor Albert, United States Bankruptcy Judge for the Central District of California, has continued the Status Conference Re: Complaint to Determine Dischargeability of Debt [11 U.S.C. Section 523(a)(2)(A) and (a)(4)] from December 12, 2019 at 10:00 a.m. to January 16, 2020 at 10:00 a.m. in Courtroom 5B of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701.

Dated: December 13, 2019                    STREAM KIM HICKS WRAGE & ALFARO, PC


By: /s/ Jamie E. Wrage
    Jamie E. Wrage
    Summer M. DeVore
    Attorneys for Plaintiffs,
    Rebecca Joan Joseph, Jonathan Joseph,
    Steven Kramer, and Jason Joseph

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE. 700
RIVERSIDE, CA 92501
951-783-9470

2

NOTICE OF CONTINUANCE OF STATUS CONFERENCE RE: COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT [11 U.S.C. Section 523(a)(2)(A) and (a)(4)]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 700, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): Notice of Continuance of Status Conference Re: Complaint to Determine Dischargeability of Debt [11 U.S.C. Section 523(a)(2)(A) and (a)(4)]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/13/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Attorney:        Baruch C. Cohen - bcc@BaruchCohenEsq.com;
Thomas H. Casey (TR):     msilva@tomcaseylaw.com; thc@trustesolutions.net;
United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/13/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor Albert, U.S. Bankruptcy Court, Santa Ana Division, Ronald Reagan Federal Building, 411 W. Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/2019 | Kimberly Trease | /s/ Kimberly Trease |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE